UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROLD RAY BETTENCOURT II,
KATHY SUE BETTENCOURT,
HAROLD RAY BETTENCOURT III,
NICHOLAS RYAN BETTENCOURT,
PETER TRACY BETTENCOURT,
MARGO ANTONETTE DENSMORE,
JOSHUA LEE KEMP, AND
KUSTOM PRODUCTS, INC.,

Defendants.

Case No. 3:14-CR-00270-MO

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMATION**

This matter having come before the Court on the Government's Motion to Dismiss, and the Court being fully advised herein, IT IS HEREBY ORDERED that the Information in this matter against all defendants is dismissed with prejudice.

DATED this 15 day of July, 2014.

_____
The Honorable Michael Mosman
United States District Judge

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

/s/ Scott Erik Asphaug
SCOTT ERIK ASPHAUG
Assistant United States Attorney

1 – ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMATION